No. 01–5717. WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–5719. NWANZE v. PHILIP MORRIS INC. ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–5723. DENARD v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 01–5726. CRADLE v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–5727. PETTIJOHN v. FRANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–5730. PEYER v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5734. TRICARICO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–5735. WILKINSON v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–5736. VERA v. SUPERIOR COURT OF CALIFORNIA, TULARE COUNTY. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 01–5737. BOWMAN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5740. MORAN v. MEADOWS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–5742. THOMAS ET AL. v. MCGINNIS ET AL. Ct. App. Mich. Certiorari denied.

No. 01–5746. KELLY v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5750. GODFREY v. HOBBY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 01–5757. SMITH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.